

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
APR 27 2015
CHRISTOPHER A. PRINE
CLERK

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 FEB. 24. 2015

NIXIE        7770054022-1N        04/18/15

CASE NO. 01-15-00039-CR
THOMAS NOLAN WHITE

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

A3-34

legal 3

RTS

UNSED

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



## Court of Appeals
## First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

February 23, 2015

Thomas Nolan White
TDCJ #1962792
Gist State Jail Unit
3295 FM 3514
Beaumont, TX 77705

**RE:    Court of Appeals Number:** 01-15-00039-CR      **Trial Court Case Number:** CR30923

**Style:** Thomas Nolan White v. The State of Texas

Your court-appointed lawyer has filed a brief stating that the record on appeal shows no reversible error in your case, or error upon which an appeal may be based, and your lawyer is unable to raise any arguable grounds for appeal. Your lawyer waived oral argument and also has or will file a motion to withdraw from any further responsibilities of representing you. The motion filed by your lawyer is also known as an "*Anders* Brief." *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

This letter serves as notice that you may file a Response to your lawyer's *Anders* Brief on or before **March 25, 2015**, or may file a motion to extend the time you have to file a Response with the court. If you choose to ask for more time to file a Response, then you must file your motion for an extension of time to file a Response on or before **March 25, 2015**.

You are entitled to a copy of the record on appeal in your case. If you would like a copy of the record, you must complete the attached motion form and return it to the First Court of Appeals, 301 Fannin Street, Houston, TX 77002.

If you file a Response to the *Anders* Brief, it should state what arguable grounds you believe a lawyer appointed to represent you should include in an appellate brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).

## NOTICE TO COURT-APPOINTED COUNSEL

Upon receipt of a request for a copy of the appellate record, this court directs that Appellant's court-appointed counsel shall (1) make arrangements, within five days from the date of receiving Appellant's request, to forward a copy of the appellate record to Appellant and (2) confirm that Appellant has received the record and notify this court in writing that counsel has confirmed that appellant has received a copy of the record. Court-appointed counsel may discharge the responsibility for preparing and delivering the record to the Appellant by making arrangements with the district or county clerk, however **it is still counsel's responsibility to confirm delivery and to provide confirmatory notice to this court**. *See Escobar v. State,* 134 S.W.3d 338, 339-40 (Tex. App.—Amarillo 2003) (order); *Pitchford v. State*, No. 07-05-0254-CR, 2006 WL 1587153 (Tex. App.—Amarillo June 9, 2006) (order) (not designated for publication).

The State's Response, or waiver, is due 30 days after Appellant files a Response, or the due date for the Appellant's Response has passed.

Sincerely,

Christopher A. Prine, Clerk of the Court

cc:   Logan Pickett (DELIVERED VIA E-MAIL)
      Steven Greene (DELIVERED VIA E-MAIL)
      Donna Brown (DELIVERED VIA E-MAIL)

Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

Case Number
01-15-00039-CR

| Thomas Nolan White | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

## Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

_____

Pro se Appellant
_____ Unit, TDCJ # _____
_____, Texas _____

## Certificate of Service

This is to certify that on _____ (Date), a true and correct copy of the above and foregoing document was served by mail on:

Liberty County District Attorney's Office,

_____

Pro se Appellant